**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| **LAVERNE ARMSTRONG, ROBBIN M. ARMSTRONG, and CORDERO ARMSTRONG,** | FILED: AUGUST 4, 2008<br>08CV4398<br>JUDGE MORAN<br>MAGISTRATE JUDGE NOLAN |
| Plaintiffs, | |
| v. | JFB |
| **MICHAEL J. MALONEY, THIEN CHAIKET, BRIGID M. CARLQUIST, PIOTR SZCZUROWSKI, ALAN P. LASCH, GEORGE S. NIEDZWIECKI, ELIZABETH C. ROSELIEB, DAVID L. MICHAELSEN, JOSEPHINE A. CHRISTOPHER, and CITY OF CHICAGO,** | |
| Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Plaintiffs LAVERNE ARMSTRONG, ROBBIN M. ARMSTRONG, and CORDERO ARMSTRONG**

| NAME (Type or print) |
|---|
| **Irene K. Dymkar** |
| SIGNATURE |
| /s **Irene K. Dymkar** |
| FIRM |
| **Irene K. Dymkar** |
| STREET ADDRESS |
| **300 West Adams, Suite 330** |
| CITY/STATE/ZIP |
| **Chicago, IL 60606-5107** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| **90785719** | **(312) 345-0123** |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X** | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X** | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X** | NO ☐ |